*Mr. M. S. Gunn,* for Respondent.

No. 2,133.—STATE OF MONTANA ex rel. JAS. DONO-VAN, ATTORNEY GENERAL, RELATOR, *v.* ARMOUR PACK-ING CO., A CORPORATION, RESPONDENT.

*Mr. James Donovan, Attorney General, pro se.*

*Mr. M. S. Gunn,* for Respondent.

No. 2,134.—STATE OF MONTANA ex rel. JAS. DONO-VAN, ATTORNEY GENERAL, RELATOR, *v.* HAMMOND PACKING CO. OF CHICAGO, A CORPORATION, RESPOND-ENT.

*Mr. James Donovan, Attorney General, pro se.*

*Mr. M. S. Gunn,* for Respondent.

No. 2,135.—STATE OF MONTANA ex rel. JAS. DONO-VAN, ATTORNEY GENERAL, RELATOR, *v.* HAMMOND PACKING CO. OF PUEBLO, COLO., A CORPORATION, RESPONDENT.

*Mr. James Donovan, Attorney General, pro se.*

*Mr. M. S. Gunn,* for Respondent.

No. 2,136.—STATE OF MONTANA ex rel. JAS. DONO-VAN, ATTORNEY GENERAL, RELATOR, *v.* SWIFT & CO. OF CHICAGO, A CORPORATION, RESPONDENT.

*Mr. James Donovan, Attorney General, pro se.*

*Mr. M. S. Gunn,* for Respondent.

Original—Applications for injunction.

Decided December 24, 1904.